USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/29/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.A. INFANT BY MOTHER AND NATURAL GUARDIAN JACQUELINE PACHECO AND JACQUELINE PACHECO INDIVIDUALLY,

        Plaintiffs,

-against-

BOB'S DISCOUNT FURNITURE CORPORATION and JOSEPH CORY HOLDINGS, LLC,

        Defendants.

18 Civ. 12304 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 28, 2018, Defendant Bob's Discount Furniture Corporation removed this case to federal court, invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332. ECF No. 1. Then, on July 29, 2019, Plaintiff filed an amended complaint which added a second Defendant, Joseph Cory Holdings, LLC, again invoking subject matter jurisdiction by reason of diversity of citizenship. ECF No. 24. However, if Joseph Cory Holdings, LLC is, indeed, a limited liability company, as its name would imply, then the complaint must allege the citizenship of natural persons who are members of the limited liability company and the place of incorporation and principal place of business of any corporate entities who are members of the limited liability company.

    Accordingly, by **August 5, 2019**, Plaintiffs shall amend their pleading to allege the citizenship of each constituent person or entity. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51-52 (2d Cir. 2000) (citing *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998)); *Strother v. Harte*, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001) ("For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members."). If Plaintiffs fail to amend by the foregoing date to truthfully allege complete diversity based upon the citizenship of each constituent person or entity of the LLC, then the complaint will be dismissed for lack of subject matter jurisdiction.

    SO ORDERED.

Dated: July 29, 2019
       New York, New York

                                    ANALISA TORRES
                                    United States District Judge